|  |
|---|
| **Fill in this information to identify the case:** |

Debtor 1    Mary Monahan

Debtor 2    Thomas Monahan
(Spouse, if filing)

United States Bankruptcy Court for the:    District of Delaware                    (State)

Case number    17-10380-BLS

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges   **12/16**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services, LLC

**Court claim no.** (if known):  9

**Last 4 digits** of any number you use to identify the debtor's account:    XXXXXX2653

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

X  No

o  Yes.  Date of the last note: ____/____/_____

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) $ 0.00 |
| 3. Attorney fees | 07/09/2019 Notice of Default ($100.00) | (3) $ 100.00 |
| 4. Filing fees and court costs | | (4) $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | 03/22/2019 Amended Proof of Claim ($250.00) | (5) $ 250.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ 0.00 |
| 7. Property inspection fees | 02/25/2019 ($15.00) 02/25/2019 ($1.50) 03/22/2019 ($15.00) 03/22/2019 ($1.50) 04/18/2019 ($15.00) 04/18/2019 ($1.50) 05/23/2019 ($15.00) 05/23/2019 ($1.50) 06/24/2019 ($15.00) 06/24/2019 ($1.50) 07/22/2019 ($15.00) 07/22/2019 ($1.50) | (7) $ 99.00 |
| 8. Tax advances (non-escrow) | | (8) $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) $ 0.00 |
| 10. Property preservation expenses. Specify:_____ | | (10) $ 0.00 |
| 11. Other. Specify: Mailing Costs | 03/25/2019 Proof of Claim ($2.30) 07/10/2019 Notice of Default ($1.00) | (11) $ 3.30 |
| 12. Other. Specify:_____ | | (12) $ 0.00 |

| | | | |
|---|---|---|---|
| 13. Other.  Specify: _____ | _____ | (13) $ | <u>0.00</u> |
| 14. Other.  Specify: _____ | _____ | (14) $ | _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

---

Debtor 1    <u>Mary Monahan</u>                                    Case number (if known) <u>17-10380-BLS</u>

## Part 2:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

o   I am the creditor.

X   I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**


X   <u>/s/  Lisa Hatfield</u>                                    Date  August 23, 2019
    Signature


Print:    <u>Lisa Hatfield</u>                                    Title: <u>Attorney for Creditor</u>
          First Name    Middle Name  Last Name

Company   <u>Stern & Eisenberg Mid-Atlantic, PC</u>

Address   <u>500 Creek View Road</u>
          Number         Street

          <u> Newark             DE          19711</u>
          City                    State       ZIP Code

Contact phone <u>(302) 731-7200</u>                     Email   <u>lhatfield@sterneisenberg.com</u>

---

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page 2

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

Date:   August 23, 2019

Peter M. Sweeney
100 W. 10th Street, Suite 203
Wilmington, DE 19801
psweeney@lscd.com
**Counsel for Debtor**

Michael B. Joseph
824 Market Street
PO Box 1351
Wilmington, DE 19899-1351
MJoseph@ch13de.com
**Bankruptcy Trustee**

U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
USTPREGION03.WL.ECF@USDOJ.GOV
**US Trustee**

and by standard first class mail postage prepaid to:

Mary Monahan
21068 W Mayhew Drive
Lincoln, DE 19960

Thomas Monahan
21068 W Mayhew Drive
Lincoln, DE 19960
**Debtor(s)**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/   Lisa Hatfield
Lisa Hatfield, BAR# 4967
Stern & Eisenberg Mid-Atlantic, PC
500 Creek View Road
Suite 304
Newark, DE 19711
Ph:  (302) 731-7200
lhatfield@sterneisenberg.com
Attorney for Secured Creditor

DE201800000601